# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0966
Lower Tribunal No. 2011-CF-012402

_____

MICHAEL A. MATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


Michael A. Matson, Perry, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED